UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-97-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DONALD RAY BOSTON, | ) | |
| Defendant | ) | |

Upon motion of the Defendant, it is hereby ORDERED that the Exhibit to the Defendant's Sentencing Memorandum be sealed.

This the ___ day of May, 2012.

Honorable TERRENCE W. BOYLE
United States District Court Judge